Douglas A. Rochen (pro hac vice)
 dar@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 S. Figueroa Street
Los Angeles, CA 90017
Phone:  (213) 217-5000
Fax:  (213) 217-5010

S. Edmond El Dabe (pro hac vice)
 eldabe@eldabelawfirm.com
**EL DABE LAW FIRM, P.C.**
1120 Pacific Coast Highway, Suite A
Huntington Beach, California 92648
Phone:  (714) 536-9366
Fax:  (714) 536-9367

Sean P Rose (SBN 5472)
 roselaw1@sbcglobal.net
**ROSE LAW OFFICE**
150 W Huffaker Lane # 101
Reno, NV 89511-2098
Phone:  (775) 824-8200
Fax:  (775)-657-8517

Attorneys for Plaintiffs, Jeremiah Lee May, Scott Lawrence May, Gavin Royd May and Russell Lane

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH LEE MAY, an individual; SCOTT LAWRENCE MAY, an individual; GAVIN ROYD MAY, an individual; and RUSSELL LANE , an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD LEE HAAS, an individual; SCHNEIDER NATIONAL CARRIERS, INC., an unknown corporation; and DOES 1 through 40, inclusive,<br><br>Defendants. | **Case No.: 3:13-cv-00430-LRH-(WGC)**<br><br><br>**NOTICE OF DISASSOCIATION** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian S. Kabateck and Derek John Scott of KABATECK BROWN KELLNER LLP hereby disassociate as attorneys of record for Plaintiff in this matter.  Douglas A. Rochen, S. Edmond El Dabe, and Sean P Rose will continue to serve as counsel of record for Plaintiff.  Mr. Rochen and Mr. El Dabe are in the process of filing their pro hac papers.

All future documents and correspondences should be addressed to and served on the following:

Douglas A. Rochen (pro hac vice)
dar@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 S. Figueroa Street
Los Angeles, CA 90017
Phone:  (213) 217-5000
Fax:  (213) 217-5010

S. Edmond El Dabe (pro hac vice)
eldabe@eldabelawfirm.com
**EL DABE LAW FIRM, P.C.**
1120 Pacific Coast Highway, Suite A
Huntington Beach, California 92648
Phone:  (714) 536-9366
Fax:  (714) 536-9367

Sean P Rose (SBN 5472)
roselaw1@sbcglobal.net
**ROSE LAW OFFICE**
150 W Huffaker Lane # 101
Reno, NV 89511-2098
Phone:  (775) 824-8200
Fax:  (775)-657-8517

IT IS SO ORDERED this 20th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE